# Mississippi Electronic Courts
## Twentieth Circuit Court District (Madison County Court)
## CIVIL DOCKET FOR CASE #: 45CO1:25-cv-00738

PARKER v. PATTY PANTIER INC dba PATTY PECK HONDA et al

Assigned to: Edwin Y Hannan

**Upcoming Settings:**

None Found

Date Filed: 05/06/2025
Current Days Pending: 30
Total Case Age: 30
Jury Demand: Plaintiff
Nature of Suit: Breach of Contract (45)

**Plaintiff**

**ASHLEY PARKER**

represented by **Daniel D. Ware**
Ware Law Firm, PLLC
103 3rd Street NW
MAGEE, MS 39111
601-439-7079
Fax: 601-439-7063
Email: dware@warelawfirm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**PATTY PANTIER INC dba PATTY PECK HONDA**
555 SUNNYBROOK ROAD
RIDGELAND, MS 39157
*CHARLES R. TUCKER, REGISTERED AGENT FOR SERVICE OF PROCESS*

**Defendant**

**WYNN'S EXTENDED CARE**
645 LAKELAND EAST DR., STE 101
FLOWOOD, MS 39232
*C T CORPORATION REGISTERED AGENT FOR SERVICE OF PROCESS*

**Defendant**

**CREDIT ACCEPTANCE CORPORATION INC**
109 EXECUTIVE DRIVE, SUITE 3
MADISON, MS 39110
*CORPORATION SERVICE COMPANY, REGISTERED AGENT FOR SERVICE OF PROCESS*

**Date Filed**    **#**    **Docket Text**

**EXHIBIT A**

| 05/06/2025 | 1 | COMPLAINT against CREDIT ACCEPTANCE CORPORATION INC, PATTY PANTIER INC dba PATTY PECK HONDA, WYNN'S EXTENDED CARE, filed by ASHLEY PARKER. (Attachments: # 1 Civil Cover Sheet,) (Rucker, Vera) (Entered: 05/06/2025) |
| 05/06/2025 | 3 | SUMMONS Issued to ATTY as to PATTY PANTIER INC dba PATTY PECK HONDA. (Rucker, Vera) (Entered: 05/06/2025) |
| 05/06/2025 | 4 | SUMMONS Issued to ATTY as to WYNN'S EXTENDED CARE. (Rucker, Vera) (Entered: 05/06/2025) |
| 05/06/2025 | 5 | SUMMONS Issued to ATTY as to CREDIT ACCEPTANCE CORPORATION INC. (Rucker, Vera) (Entered: 05/06/2025) |
| 05/12/2025 | 6 | SUMMONS Returned Executed by ASHLEY PARKER. PATTY PANTIER INC dba PATTY PECK HONDA served on 5/9/2025, answer due 6/8/2025. Service type: Personal (Ware, Daniel) (Entered: 05/12/2025) |
| 05/30/2025 | 7 | SUMMONS Returned Executed by ASHLEY PARKER. WYNN'S EXTENDED CARE served on 5/30/2025, answer due 6/29/2025. Service type: Personal (Ware, Daniel) (Entered: 05/30/2025) |
| 05/30/2025 | 8 | SUMMONS Returned Executed by ASHLEY PARKER. CREDIT ACCEPTANCE CORPORATION INC served on 5/30/2025, answer due 6/29/2025. Service type: Personal (Ware, Daniel) (Entered: 05/30/2025) |

| MEC Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 06/05/2025 14:34:12 | | |
| **You will be charged $0.20 per page to view or print documents.** | | |
| **MEC Login:** | mt9893M | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 45CO1:25-cv-00738 |
| **Billable Pages:** | 2 | **Cost:** | 0.40 |

## IN THE COUNTY COURT OF MADISON COUNTY, MISSISSIPPI

**FILED**
MADISON COUNTY

MAY 06 2025

ANITA WRAY, CIRCUIT CLERK
BY: _____ D.C.

**ASHLEY PARKER**                                                    **PLAINTIFF**

**VS.**                                                    **CAUSE NO.:** CO-25-CV-738
                                                                    JH

**PECK PANTIER, INC. D/B/A/**
**PATTY PECK HONDA, WYNN'S EXTENDED CARE,**
**AND CREDIT ACCEPTANCE CORPORATION, INC.**          **DEFENDANTS**

---

### COMPLAINT

---

TRIAL BY JURY DEMANDED.

COMES NOW, the Plaintiff, Ashley Parker, by and through her attorney, and files

this her Complaint against the Defendants, Peck Pantier, Inc. D/B/A/ Patty Peck Honda,

Wynn's Extended Care, and Credit Acceptance Corporation, Inc. and in support thereof

would respectfully show unto the Court the following facts, to-wit:

---

### PARTIES

---

1. Plaintiff, Ashley Parker, is an adult resident citizen of Hinds County,

Byram, Mississippi.

2. Defendant, Peck Pantier, Inc. d/b/a Patty Peck Honda is a Limited

Liability Company operating and doing business in the State of Mississippi and may be

served with process of this Court through its registered agent for service of process,

CHARLES R. TUCKER, 555 Sunnybrook Road, Ridgeland, MS 39157.

3. Defendant, Wynn's Extended Care, Inc. is a Profit Corporation operating and

doing business in the State of Mississippi and may be served by serving its registered

agent for service of process, C T CORPORATION, 645 Lakeland East Dr Ste 101,

Flowood, MS 39232.

4. Defendant, Credit Acceptance Corporation, Inc. is a foreign Profit Corporation operating and doing business in the State of Mississippi and may be served by serving its registered agent for service of process, CORPORATION SERVICE COMPANY, 109 Executive Drive, Suite 3, Madison, MS 39110.

5. This Court has jurisdiction of both the subject matter and the parties herein.

## FACTUAL AND LEGAL ALLEGATIONS

6. On or about February 20, 2024, Plaintiff purchased a Hyundai Sonata SE VIN: 5NPEG4JA3MH074408, at Defendant Patty Peck Honda, 555 Sunnybrook Drive, Ridgeland, MS 39157.

7. The vehicle was sold by Defendant as a Certified Pre-Owned vehicle with Lifetime Powertrain Warranty.

8. Within the first thirty (30) days after the purchase, the vehicle began to run improperly, Plaintiff called the dealership and spoke with Austin. Allegedly, the vehicle was checked and they said it was running fine. The vehicle remains in a state of disrepair. The vehicle does not properly operate on the road.

9. Within a few days or so the check engine light came on and Plaintiff took the vehicle to Auto Zone to have it scanned. It showed a thermostat code. Plaintiff took it back to the dealership to have it checked again. They informed her that no codes were showing.

10. Then the engine light came on again and Plaintiff went to three (3) places to have it checked on a scanner. All three (3) showed there was a thermostat code.

11. Plaintiff took it back to the dealership and they reported they did not see a

code. Plaintiff then spoke with the manager and told him that she had printouts of the codes.  He told her to bring the codes and they would fix it.  Plaintiff paid the $100.00 deductible to get the new thermostat replaced.

12. When Plaintiff picked her vehicle up, it smelled like something was burning. She then emailed Defendant Patty Peck and was told that it was probably coolant that had gotten spilled while it was being refilled.

13. A few days later, it still had the burning smell and was smoking at one point. After pulling over and turning the car off, it stopped smoking.  Later in the day, the car stalled while the Plaintiff was trying to go forward at the green light.  It happened a second time on the same day, and the second time it would barely move and then suddenly starting moving.  Plaintiff called Patty Peck. They told her to bring it back in. She then told them she did not have an additional $169.00 plus tax for another diagnostic fee again.  The car had not been out of the shop for a week at that time and the following Wednesday, the car stalled several times and the Plaintiff feared she would not make it home. She parked the car and called Patty Peck, left a message and her call was not returned.

14. Plaintiff called a mechanic she knew who had a diagnostic scanner to check out the vehicle. It showed a Transmission control module gear with an incorrect ratio. She called Defendant on Thursday morning and was told that all servicemen were busy. Plaintiff went to Patty Peck and found that the men in the service department were standing around talking and laughing. She told them what had happened and got a

loaner car; left her vehicle to be checked out.  The following Tuesday, she received a

call saying that no code was showing and to come pick her car up as soon as possible.

15.  She picked up the vehicle and drove home and an hour and half later got in

the car to run an errand and the battery was dead.  The following day she got in the

car and it cranked with no problems.  She left to go to work and had to stop at a red

light at a very busy intersection; when it turned green, she tried to go and the vehicle

completely died.

16.  She had to pay $200.00 to get the car towed.  Patty Peck would not tow the

vehicle to the dealership; however, in the end they did pay for it to be towed to the

dealership.  Every time she has to take it to be checked out, she is given the run

around that it shows no codes.

17.  Plaintiff has suffered damages due to the representations and/or

misrepresentations and actions and/or omissions of the Defendant(s).

## BREACH OF SERVICE CONTRACT

18. In order to prevent repetition, the Plaintiff hereby incorporates by reference

and re-alleges the information set forth in the foregoing paragraphs.

19.  At all times Plaintiff purchased the vehicle with good faith from Defendant,

believing that they had provided truthful and accurate information regarding the status

and quality of the vehicle and further that the vehicle was a certified pre-owned vehicle.

20.  Defendant has failed to repair vehicle to a condition that was represented to

Plaintiff to be a top quality vehicle.

## TORTUOUS BREACH OF SERVICE CONTRACT

21. In order to prevent repetition, the Plaintiff hereby incorporates by reference and re-alleges the information set forth in the foregoing paragraphs.

22. Also as a result of the representations and/or misrepresentations and actions and/or omissions of the Defendant, Plaintiff suffered mental anguish, intentional and/or negligent infliction of emotional distress and financial loss.

23. Plaintiff had an expectation she was purchasing a vehicle that was in top quality condition, was certified pre-owned and had no defective or damaged parts.

24. Notwithstanding its obligation to do so and with full and complete knowledge of the facts herein stated, the Defendant failed, and in bad faith, to provide services that were within the contract sold unto the Plaintiff.

25. By failing to provide these services and by not fully disclosing the factual condition of the vehicle, Defendant tortuously breached their contract with the Plaintiff.

26. That Plaintiff believes the Defendant acted with intentional willful and reckless disregard for her rights under the said contract, that such actions on the part of the Defendant was made in its general routine pattern and practice of adjusting claims on this specific contract sold to consumers, especially the Plaintiff herein.

27. By Defendant's actions and/or omissions of not providing the quality vehicle and covering the necessary repairs to make the vehicle a quality vehicle and by it representations and/or misrepresentations to cover same on the vehicle, it tortuously breached its contract with the Plaintiff.

## BREACH OF MAGNUSON-MOSS WARRANTY ACT

28. In order to prevent repetition, the Plaintiff hereby incorporates by reference and re-alleges the information set forth in the foregoing paragraphs.

29. This Court has jurisdiction to decide claims brought under 15 USC § 2301 et seq., by virtue of 15 USC § 2310(d)(1)(A).

30. Plaintiff is a "consumer" as defined by 15 USC § 2301(3).

31. The Defendants are both a "supplier" and "warrantor" as defined by 15 USC § 2301(4)(5).

32. The Subject service contract is a "consumer product" as defined by 15 USC § 232301(6).

33. The actions of Defendant as hereinabove described, in failing to tender the subject repair to Plaintiff, constitute a breach of the written warranties covering the vehicle's repair(s) and thus, constitute a violation of the Magnuson-Moss Warranty Act.

34. Despite repeated demands and despite the fact that the Plaintiff has complied with all reasonable terms and conditions imposed upon him by Defendant, Defendant has failed and refused to cure any defects and non-conformity with the subject warranty and/or service contract for Plaintiff's vehicle.

35. Pursuant to the Magnuson-Moss Warranty Act, 15 U.S.C. § 2310(d)(2), Plaintiff is entitled to recover as part of the judgment, costs and expenses of the suit including attorney's fees based on actual time expended.

## BREACH OF IMPLIED WARRANTIES OF MERCHANTABILITY
## AND FITNESS FOR A PARTICULAR PURPOSE

36.    In order to prevent repetition, the Plaintiff hereby incorporates by reference and re-alleges the information set forth in the forgoing paragraphs.

37.    That the Defendant expressly and impliedly warranted the product involved herein, to be a quality vehicle and fit for the purpose for which it was intended,  that is transportation, and that said product, was not, in fact, a quality vehicle and fit and suitable for its intended purpose.

38.    That the Defendant breached their expressed warranties, both oral and written, and the implied warranties for fitness for a particular use and merchantability under the Mississippi Uniform Commercial Code.

## NEGLIGENT MISREPRESENTATIONS

39. In order to prevent repetition, the Plaintiff hereby incorporates by reference and re-alleges the information set forth in the foregoing paragraphs.

40. Plaintiff reasonably relied on the misrepresentations and/or omissions of the Defendant in the purchasing of the manufacturer's warranty and/or the extended warranty and/or the service contract for her vehicle.

41. The condition of the vehicle was not disclosed and had Plaintiff known it was Defective and of a lesser quality, Plaintiff would not have purchased it.

42. Furthermore, Defendant did not duly correct their actions and/or omissions to provide a quality vehicle that Plaintiff believed she was purchasing.

43. As a direct and proximate result of the Defendant's failure to correct  and to

provide services on the vehicle, Plaintiff suffered damages.

44. Defendant has failed to honor the contract with Plaintiff regarding the subject vehicle.

45. Plaintiff would not have purchased the vehicle if she had known that Defendant would not have fulfilled their obligation, under their contract and the purchase agreement, and fully and truthfully provided the correct information.

46. The Defendants' statements constitute negligent misrepresentations and the Plaintiff suffered damages as a result of same.

47. Plaintiff further alleges upon information and belief that the aforesaid actions and/or omissions of the Defendant was prompted by intentional, willful and conscious wrong and/or by actual malice and fraud, insult and abuse, or by conduct so grossly negligent and inexcusable as to amount to a complete disregard for the rights of the Plaintiff entitling the Plaintiff to an award of actual, compensatory and punitive damages of and from Defendant.

## COMMON LAW FRAUD AND/OR FRAUDULENT AND/OR NEGLIGENT AND/OR GROSSLY NEGLIGENT MISREPRESENTATION

48. In order to prevent repetition, the Plaintiff hereby incorporates reference and re-alleges the information set forth in the foregoing paragraphs.

49. Defendants controlled the relationship between the Plaintiff and themselves, in that the Defendant had a much greater bargaining power over Plaintiff.

50. This Defendant knew or should have known, that the Plaintiff relied upon all

the representations and/or misrepresentations and such reliance was justified and, as a result of said reliance, Plaintiff, to her detriment, sustained damages and injuries, as mentioned hereinabove.

51. Had not those representations and/or misrepresentations been made in such a fraudulent manner, Plaintiff would not have entered into and purchased the vehicle with the Defendant.

## NEGLIGENCE AND/OR GROSS NEGLIGENCE

52. In order to prevent repetition, the Plaintiff hereby incorporates reference and re-alleges the information set forth in the foregoing paragraphs.

53. Defendants had a duty to repair the vehicle in a professional and operational manner, and to correct all known problems.

54. Defendants failed to properly repair the Plaintiff's vehicle. Due to this negligence, the vehicle does not operate correctly.

## ECONOMIC DURESS

55. In order to prevent repetition, the Plaintiff hereby incorporates reference and re-alleges the information set forth in the foregoing paragraphs.

56. Plaintiff placed her trust in the integrity, skill, experience, expertise, advice, service, knowledge, competency and judgment of Defendants.

57. The Defendants had superior knowledge, resources, information, and experience to that of the Plaintiff.

58. The Defendant had a duty to act in good faith and to deal fairly with the Plaintiff.

59. The Defendants were able to and continue to wrongfully profit, to Plaintiff's detriment, through the imposition of economic duress which overcame Plaintiff's free agency.

60. Plaintiff has been proximately damaged by Defendants' imposition of economic duress for which Plaintiff is entitled to recover as set forth hereinabove.

WHEREFORE PREMISES CONSIDERED, the Plaintiff prays for judgment of and from the Defendants in an amount to be determined by the jury to include, the following:

1. To properly compensate the Plaintiff for her loss;

2. To properly compensate the Plaintiff for the unnecessary pain and suffering, anxiety and emotional distress he has suffered;

3. To properly compensate the Plaintiff for economic duress;

4. Plus punitive damages in an amount sufficient to punish the Defendants herein for its past conduct and to deter similar future gross, willful and intentional conduct;

5. Attorney's fees, together with cost;

6. Prejudgment and post judgment interest; and

7. Such other relief as the Plaintiff may be entitled to.

Respectfully submitted,

Ashley Parker

By: _____
DANIEL D. WARE, her Attorney

Daniel D. Ware, MSB #: 10,847
Ware Law Firm, PLLC
103 3rd Street NW
Magee, Mississippi 39111
(601) 439-7079
dware@warelawfirm.com

**IN THE COUNTY COURT OF MADISON COUNTY, MISSISSIPPI**

**ASHLEY PARKER**

**PLAINTIFF**

**VS.**

**CAUSE NO.:** *CO-25-CV-738*
                                        *JH*

**PECK PANTIER, INC. D/B/A/**
**PATTY PECK HONDA, WYNN'S EXTENDED CARE,**
**AND CREDIT ACCEPTANCE CORPORATION, INC.**

**DEFENDANTS**

## SUMMONS

THE STATE OF MISSISSIPPI

TO:        Peck Pantier, Inc. d/b/a Patty Peck Honda
AGENT:    CHARLES R. TUCKER, 555 Sunnybrook Road, Ridgeland, MS  39157

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

      YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D. WARE**, ATTORNEY FOR THE PLAINTIFF, WHOSE MAILING ADDRESS IS 103 3rd Street NW, Magee, MS 39111.   YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

      YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

      ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS *6*
DAY OF ____*May*____, 2025.

                              *Anita Wray*
                             CICRUIT CLERK OF MADISON COUNTY



                          D.C. *Vera Rucker*

## PROOF OF SERVICE – SUMMONS
## (PROCESS SERVER)

_____

Name of Person or Entity Served

      I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

_____ **PERSONAL SERVICE:** I personally delivered copies to _____ on the _____ day of _____, 20_____, where I found said person(s) in _____County of the State of Mississippi.

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20____ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20____. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

      At the time of service I was at least 18 years of age and not a party to this action.

**Process server must list below:** (Please print or type)

Name: _____

Address: _____

Telephone No. _____

Fee for service: $_____

**STATE OF MISSISSIPPI**
**COUNTY OF** _____

    Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named _____, who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

                              _____
                              PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the _____ day _____, 20_____.

                              _____
                              NOTARY PUBLIC

My Commission Expires: _____






Case: 4:25-cv-00738    Document #: 3    Filed: 05/06/2025    Page 3 of 3

Ware Law Firm, PLLC
103 3rd Street NW
Magee, MS 39111

Ware Law Firm, PLLC
103 3rd Street NW
Magee, MS 39111

# IN THE COUNTY COURT OF MADISON COUNTY, MISSISSIPPI

**ASHLEY PARKER**                                                                            **PLAINTIFF**

**VS.**                                                 **CAUSE NO.:** CO-25-CV-738
                                                                                        JH

**PECK PANTIER, INC. D/B/A/**
**PATTY PECK HONDA, WYNN'S EXTENDED CARE,**
**AND CREDIT ACCEPTANCE CORPORATION, INC.**                                  **DEFENDANTS**

---

## SUMMONS

---

THE STATE OF MISSISSIPPI

TO:        Wynn's Extended Care
AGENT:    C T CORPORATION, 645 Lakeland East Dr Ste 101, Flowood, MS
          39232

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN
RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D.
WARE**, ATTORNEY FOR THE PLAINTIFF, WHOSE MAILING ADDRESS IS 103 3rd
Street NW, Magee, MS 39111.   YOUR RESPONSE MUST BE MAILED OR
DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS
SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED
AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE
CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS 6th
DAY OF _____May_____, 2025.

_Anita Wray_
CICRUIT CLERK OF MADISON COUNTY

D.C. _____

## PROOF OF SERVICE – SUMMONS
## (PROCESS SERVER)

_____
Name of Person or Entity Served

    I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

_____ **PERSONAL SERVICE:** I personally delivered copies to _____ on the _____ day of _____, 20_____, where I found said person(s) in _____County of the State of Mississippi.

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20____ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20____. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

    At the time of service I was at least 18 years of age and not a party to this action.

**Process server must list below:** (Please print or type)

Name: _____

Address: _____

Telephone No. _____

Fee for service: $_____

**STATE OF MISSISSIPPI**
**COUNTY OF** _____

    Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named _____, who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the _____ day _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires:





Case: 45Co1:25-cv-00738    Document #: 4    Filed: 05/06/2025    Page 3 of 3

Ware Law Firm, PLLC
103 3rd Street NW
Magee, MS 39111

Ware Law Firm, PLLC
103 3rd Street NW
Magee, MS 39111

## IN THE COUNTY COURT OF MADISON COUNTY, MISSISSIPPI

**ASHLEY PARKER**                                                           **PLAINTIFF**

**VS.**                                          **CAUSE NO.:** CO-25-CV-738 JH

**PECK PANTIER, INC. D/B/A/
PATTY PECK HONDA, WYNN'S EXTENDED CARE,
AND CREDIT ACCEPTANCE CORPORATION, INC.**                    **DEFENDANTS**

---

### SUMMONS

---

THE STATE OF MISSISSIPPI

TO:       Credit Acceptance Corporation, Inc.
AGENT:   CORPORATION SERVICE COMPANY, 109 Executive Drive, Suite 3, Madison, MS  39110

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D. WARE**, ATTORNEY FOR THE PLAINTIFF, WHOSE MAILING ADDRESS IS 103 3rd Street NW, Magee, MS 39111.  YOUR RESPONSE MUST BE MAILED OR DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS 6th DAY OF ___May___, 2025.

_Anita Wray_
CICRUIT CLERK OF MADISON COUNTY

D.C. _Kera Parker_ x

## PROOF OF SERVICE – SUMMONS
## (PROCESS SERVER)

_____

Name of Person or Entity Served

     I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

_____ **PERSONAL SERVICE:** I personally delivered copies to _____ on the _____ day of _____, 20_____, where I found said person(s) in _____County of the State of Mississippi.

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20____ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20___. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

     At the time of service I was at least 18 years of age and not a party to this action.

**Process server must list below:** (Please print or type)

Name:      _____

Address:    _____

Telephone No.   _____

Fee for service:  $_____

**STATE OF MISSISSIPPI**
**COUNTY OF** _____

     Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named _____, who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____

PROCESS SERVER (Signature)

     Sworn to and subscribed before me, this the _____ day _____, 20___.

_____

NOTARY PUBLIC

My Commission Expires:

_____





Case: 4:5-cv:25-cv-00738    Document #: 5    Filed: 05/06/2025    Page 3 of 3

Ware Law Firm, PLLC
103 3rd Street NW
Magee, MS 39111

Ware Law Firm, PLLC
103 3rd Street NW
Magee, MS 39111

**IN THE COUNTY COURT OF MADISON COUNTY, MISSISSIPPI**

**ASHLEY PARKER**                                                              **PLAINTIFF**

**VS.**                                                    **CAUSE NO.:** CD-25-cv-738
                                                                                       JH

**PECK PANTIER, INC. D/B/A/**
**PATTY PECK HONDA, WYNN'S EXTENDED CARE,**
**AND CREDIT ACCEPTANCE CORPORATION, INC.**                  **DEFENDANTS**

**SUMMONS**

THE STATE OF MISSISSIPPI

TO:          Peck Pantier, Inc. d/b/a Patty Peck Honda
AGENT:       CHARLES R. TUCKER, 555 Sunnybrook Road, Ridgeland, MS 39157

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

        YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN
RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D.
WARE**, ATTORNEY FOR THE PLAINTIFF, WHOSE MAILING ADDRESS IS 103 3rd
Street NW, Magee, MS 39111.  YOUR RESPONSE MUST BE MAILED OR
DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS
SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED
AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

        YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE
CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

        ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS 10th
DAY OF _____May_____, 2025.

                                        _Anita Wray_
                                        CICRUIT CLERK OF MADISON COUNTY

                                        D.C. _Vera Puckett_        dc

## PROOF OF SERVICE – SUMMONS
### (PROCESS SERVER)

_Paul Bartier Inc USA Party Paul Bartier USA_
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

_____ FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE: By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

__✓__ PERSONAL SERVICE: I personally delivered copies to _Chris Serres_ on the _9th_ day of _May_, 20_25_, where I found said person(s) in _Madison_ County of the State of Mississippi.

_____ RESIDENCE SERVICE: After exercising reasonable diligence I was unable to deliver copies to said person with _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20____ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20____. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ CERTIFIED MAIL SERVICE: By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

At the time of service I was at least 18 years of age and not a party to this action.

Process server must list below: (Please print or type)

Name:    _Fred Lovett_

Address:    _300 old Camp Rd Brandon, MS 39047_

Telephone No.    _601-941-2968_

Fee for service:    $_____

STATE OF MISSISSIPPI
COUNTY OF _Rankin_

Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named _Fred Lovett_ who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the _9th_ day _May_, 20_25_.

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 100926
JENNY HENDRIX
Commission Expires
Dec. 21, 2027
SMITH COUNTY

## IN THE COUNTY COURT OF MADISON COUNTY, MISSISSIPPI

**ASHLEY PARKER**                                                                    **PLAINTIFF**

**VS.**                                                          **CAUSE NO.:** CO-25-CV-738
                                                                                       JH

**PECK PANTIER, INC. D/B/A/
PATTY PECK HONDA, WYNN'S EXTENDED CARE,
AND CREDIT ACCEPTANCE CORPORATION, INC.**                    **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:          Wynn's Extended Care
AGENT:       C T CORPORATION, 645 Lakeland East Dr Ste 101, Flowood, MS
             39232

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

        YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN
RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D.
WARE**, ATTORNEY FOR THE PLAINTIFF, WHOSE MAILING ADDRESS IS 103 3rd
Street NW, Magee, MS 39111.   YOUR RESPONSE MUST BE MAILED OR
DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS
SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED
AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

        YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE
CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

        ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS ___
DAY OF _____, 2025.

                                    _____
                                    CICRUIT CLERK OF MADISON COUNTY

                                    D.C. _____

**PROOF OF SERVICE – SUMMONS**
**(PROCESS SERVER)**

_Wynn?_
Name of Person or Entity Served

I, the undersigned process server, served the summons and complaint upon the person or entity named above the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

___✓___ **PERSONAL SERVICE:** I personally delivered copies to _CT Corp_ on the _30th_ day of _May_, 20_25_, where I found said person(s) in _Rankin_ County of the State of Mississippi.)

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20___ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20___. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

At the time of service I was at least 18 years of age and not a party to this action.

Process server must list below: (Please print or type)

Name: _Jenny Hendrix_

Address: _103 3rd Street NW, Magee, MS 39111_

Telephone No. _601 439 7079_

Fee for service: $_____

**STATE OF MISSISSIPPI**
**COUNTY OF** _Simpson_

Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named _Jenny Hendrix_, who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_____
PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the _30th_ day _May_, 20_25_.

_____
NOTARY PUBLIC

My Commission Expires:

_10·22·202_

(Seal: STATE OF MISSISSIPPI · NOTARY PUBLIC · ID # 158600 · KIMBERLY GIEGER · Commission Expires Oct. 22, 2027 · SIMPSON COUNTY)

**IN THE COUNTY COURT OF MADISON COUNTY, MISSISSIPPI**

**ASHLEY PARKER**                                                        **PLAINTIFF**

**VS.**                                        **CAUSE NO.:** _CO-25-CV-738_
                                                                    _JH_

**PECK PANTIER, INC. D/B/A/**
**PATTY PECK HONDA, WYNN'S EXTENDED CARE,**
**AND CREDIT ACCEPTANCE CORPORATION, INC.**                **DEFENDANTS**

---

**SUMMONS**

---

THE STATE OF MISSISSIPPI

TO:        Credit Acceptance Corporation, Inc.
AGENT:     CORPORATION SERVICE COMPANY, 109 Executive Drive, Suite 3,
           Madison, MS  39110

**NOTICE TO DEFENDANT**

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

        YOU ARE REQUIRED TO MAIL OR HAND-DELIVER A COPY OF A WRITTEN
RESPONSE TO THE COMPLAINT TO **WARE LAW FIRM, PLLC, DANIEL D.
WARE**, ATTORNEY FOR THE PLAINTIFF, WHOSE MAILING ADDRESS IS 103 3rd
Street NW, Magee, MS 39111.   YOUR RESPONSE MUST BE MAILED OR
DELIVERED WITHIN THIRTY (30) DAYS FROM THE DATE OF DELIVERY OF THIS
SUMMONS AND COMPLAINT OR A JUDGMENT BY DEFAULT WILL BE ENTERED
AGAINST YOU FOR THE MONEY OR THINGS DEMANDED IN THE COMPLAINT.

        YOU MUST ALSO FILE THE ORIGINAL OF YOUR RESPONSE WITH THE
CLERK OF THIS COURT WITHIN A REASONABLE TIME AFTERWARD.

        ISSUED UNDER MY HAND AND THE SEAL OF SAID COURT, THIS ___6th___
DAY OF ___May___, 2025.

                                   _Anita Wray_
                                   CIRCUIT CLERK OF MADISON COUNTY

                                   D.C. _Viera Parker_ D.C.

## PROOF OF SERVICE – SUMMONS
### (PROCESS SERVER)

_Child Compliance_
Name of Person or Entity Served

     I, the undersigned process server, served the summons and complaint upon the person or entity named above in the manner set forth below:

_____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE:** By mailing (by first class mail postage prepaid) on the date stated in the attached Notice, copies to the person served, together with copies of the form of notice and acknowledgment and return envelope postage prepaid, addressed to the sender.

✓ **PERSONAL SERVICE:** I personally delivered copies to _Crag Shivers_ on the _30_ day of _May_, 20_25_, where I found said person(s) in _Madison_ County of the State of Mississippi.

_____ **RESIDENCE SERVICE:** After exercising reasonable diligence I was unable to deliver copies to said person within _____ County, Mississippi. I served the summons and complaint on the _____ day of _____, 20___ at the usual place of abode of said person by leaving a true copy of the summons and complaint with _____, who is the _____, a member of the family of the person(s) served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of _____, 20___. I mailed (by first class mail, postage prepaid) copies to the persons served at his or her usual place of abode where the copies were left.

_____ **CERTIFIED MAIL SERVICE:** By mailing to an address outside Mississippi (by first class mail, postage prepaid, requiring a return receipt) copies to the person served.

     At the time of service I was at least 18 years of age and not a party to this action.

**Process server must list below:** (Please print or type)

Name: _Jenny Hendrix_

Address: _103 3rd Street NW, Magee, MS 39111_

Telephone No. _601 439 7079_

Fee for service:  $_____

**STATE OF MISSISSIPPI**
**COUNTY OF** _Simpson_

     Personally appeared before me the undersigned authority in and for the State and County aforesaid, the within named _Jenny Hendrix_, who being first by me duly sworn states on oath that the matters and facts set forth in the foregoing "Proof of Service-Summons" are true and correct as therein stated.

_Jenny Hendrix_
PROCESS SERVER (Signature)

Sworn to and subscribed before me, this the _30th_ day _May_, 20_25_.

_Kimberly Gieger_
NOTARY PUBLIC

My Commission Expires: _10-22-2027_

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 158600
KIMBERLY GIEGER
Commission Expires
Oct. 22, 2027
SIMPSON COUNTY