IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**ASHLEY PARKER** **PLAINTIFF**

**VS.** **CIVIL NO.: 3:25-cv-411-HTW-LGI**

**PECK PANTIER, INC. D/B/A**
**PATTY PECK HONDA, WYNN'S EXTENDED CARE,**
**INC. AND CREDIT ACCEPTANCE CORPORATION,**
**INC.** **DEFENDANTS**

### DEFENDANT'S MOTION TO COMPEL ARBITRATION

COMES NOW, Defendant, Peck Pantier, Inc. d/b/a Patty Peck Honda (hereinafter "Patty Peck" or "Defendant"), by and through its attorneys of record herein, and files this Motion to Compel Arbitration, and in support would respectfully show as follows:

I.

Plaintiff Ashley Parker purchased a 2021 Hyundai Sonata SE ("Sonata") from Patty Peck on or about February 20, 2024.

II.

Plaintiff alleges the Sonata experienced certain mechanical issues shortly after purchase. She now contends Patty Peck breached and/or misrepresented the terms of the Purchase Agreement (attached hereto as Exhibit "A") by, *inter alia,* failing to reveal the condition of the Sonata upon purchase and failing to provide proper repairs. While Patty Peck disputes Plaintiff's claims, such claims are subject to an enforceable arbitration agreement. They should, therefore, be sent to arbitration.

III.

Plaintiff agreed to the Purchase Agreement, which contains a valid and enforceable

1

arbitration provision. Plaintiff's claims all fit squarely within the broad arbitration provision in the agreement. Plaintiff should be compelled to arbitrate her claims against Patty Peck, and this action should be stayed pending completion of arbitration.

IV.

In further support, Patty Peck incorporates the following exhibit filed herewith:

Exhibit A        Arbitration Agreement

V.

For all the reasons cited herein including the corresponding Exhibit A filed herewith and the arguments outlined in its corresponding memorandum in support hereof, Patty Peck respectfully requests that the Court order Plaintiff to arbitrate her claims against this Defendant and further to order to stay the case until completion of that arbitration.

WHEREFORE, PREMISES CONSIDERED, Defendant, Peck Pantier, Inc. d/b/a Patty Peck Honda, respectfully requests that this Court grant its Motion to Compel Arbitration and order Plaintiff to arbitrate her claims against Defendant and further order that the case be stayed pending completion of arbitration.

This, the 12th day of June, 2025.

**PECK PANTIER, INC. D/B/A PATTY PECK HONDA**

BY:     */s/ Walker R. Gibson*
        WALKER R. GIBSON (MSB NO. 100051)
        JASON T. MARSH (MSB NO. 102986)
        **ATTORNEYS FOR DEFENDANT, PECK PANTIER, INC. D/B/A PATTY PECK HONDA**

OF COUNSEL:

**COPELAND, COOK, TAYLOR AND BUSH, P.A.**
1076 Highland Colony Parkway
600 Concourse, Suite 100
Post Office Box 6020
Ridgeland, MS 39158
Tel.: 601/856-7200
Fax: 601/856-7626

<b><u>CERTIFICATE OF SERVICE</u></b>

I, Walker R. Gibson, do hereby certify that I have this day caused the above to be served, via the ECF filing system, to the following counsel of record.

This, the 12th day of June, 2025.

                                      */s/ Walker R. Gibson*
                                      WALKER R. GIBSON