# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ASHLEY PARKER**                                                                            **PLAINTIFF**

**VS.**                                           **CIVIL ACTION NO. 3:25-cv-411-HTW-LGI**

**PECK PANTIER, INC. D/B/A**
**PATTY PECK HONDA, ET AL.**                                          **DEFENDANTS**

## AGREED ORDER

BE IT REMEMBERED that this matter came before the Court upon the Motion to Compel Arbitration filed by Credit Acceptance Corporation ("Credit Acceptance"), Motion to Compel Arbitration filed by Wynn's Extended Care, Inc. ("Wynn's"), and Motion to Compel Arbitration filed by Peck Pantier, Inc. d/b/a Petty Peck Honda ("Patty Peck"). *See* ECF Nos. 5, 6, 9, 10, 13 and 14. Being advised that Plaintiff Ashley Parker consents to those motions and the arbitrability of her claims against Credit Acceptance, Wynn's, and Patty Peck, the Court finds that said motions are well taken.

IT IS THEREFORE ORDERED AND ADJUDGED that Credit Acceptance's, Wynn's, and Patty Peck's Motions to Compel Arbitration, be, and hereby are, granted.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff arbitrate any claims she intends to assert again Credit Acceptance, Wynn's, and Patty Peck pursuant to the terms of the applicable arbitration agreements.

SO ORDERED AND ADJUDGED, this the 16th day of September, 2025.

                                             /s/HENRY T. WINGATE
                                             U.S. DISTRICT JUDGE

61765520 v1

**AGREED:**

/s/ Daniel D. Ware
Daniel D. Ware
Ware Law Firm PLLC
103 3rd Street NW
Magee, MS  39111
Telephone (601) 439-7079
Facsimile (601) 439-7063
dware@warelawfirm.com
Counsel for Plaintiff Ashley Parker

/s/ Walker R. Gibson
Walker R. Gibson
Copeland, Cook, Taylor & Bush
1076 Highland Colony Parkway
600 Concourse, Suite 200
Ridgeland, MS  39157
Telephone:  (601) 856-7200
Facsimile:  (601) 856-7626
wgibson@cctb.com
Counsel for Defendant Peck Pantier, Inc.
d/b/a Patty Peck Honda

/s/ Mark C. Carlson
Mark C. Carlson
Copeland, Cook, Taylor & Bush
1076 Highland Colony Parkway
600 Concourse, Suite 200
Ridgeland, MS  39157
Telephone:  (601) 856-7200
Facsimile:  (601) 856-7626
mcarlson@cctb.com
Counsel for Defendant Wynn's Extended Care, Inc.

/s/ Mark H. Tyson
Mark H. Tyson
Burr & Forman LLP
190 E. Capitol Street, Suite M-100
Jackson, Mississippi  39201
Telephone:  (601) 355-3434
Facsimile:  (601) 355-5150
mtyson@burr.com
Counsel for Defendant Credit Acceptance Corporation